UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **REGINALD JONES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1207** |
| **EDWARD "DUSTY" BICKHAM** | **SECTION: "B"(3)** |

**O R D E R**

It has come to the Court's attention that after the District Attorney provided this Court with a copy of the state court record in this case, additional proceedings occurred in the state courts which potentially impact this pending federal application.

Accordingly,

**IT IS ORDERED** that, on or before **March 16, 2022**, the District Attorney supplement the copy of the state court record submitted for this Court's review to include the following documents:

1. A copy of the writ application petitioner filed with the Louisiana Supreme Court in State v. Jones, No. 2021-KK-01465.

2. A copy of the minute entry from the state district court (or other comparable evidence) showing that the District Attorney dismissed Counts 1 and 2 of the bill of information.

Those documents should be forwarded to the Office of the Clerk, Pro Se Unit, United States District Court, 500 Poydras Street, Room C-151, New Orleans, Louisiana 70130.

New Orleans, Louisiana, this __16th__ day of February, 2022.

_____
**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**