UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **REGINALD H. JONES** | \* | |
| | \* | **CIVIL ACTION** |
| VERSUS | \* | |
| | \* | Case No.: 21-1207-ILRL-DMD |
| **EDWARD "DUSTY" BICKHAM** | \* | |
| | \* | SECTION: "B" (3) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CRITICALLY IMPORTANT MARCH 2022 SUPPLEMENT/UPDATE TO PETITIONER'S "SUPPLEMENTAL MOTION FOR EXPEDITED CONSIDERATION OF PETITIONER'S WRIT OF HABEAS CORPUS FILED ON JUNE 17, 2021 DUE TO {I} THE STATE OF LOUISIANA'S FLAT REFUSAL TO HONOR SCOTUS' RULING DECLARING PETITIONER'S CRIMINAL JUDGMENT UNCONSTITUTIONAL, {II} THE STATE OF LOUISIANA DISMISSING WEAPONS CHARGES AGAINST PETITIONER, AND {III} THE STATE OF LOUISIANA NOW FILING A CONTRADICTORY MOTION FOR COSTS TO KEEP PETITIONER IN PRISON AGAINST THE LAW, LOUISIANA PROCEDURE, AND CLEAR FACTS IN THE CASE"

Reginald H. Jones (hereinafter "Jones") files this critically important update to his Supplemental Motion for Expedited Consideration of his Writ of Habeas Corpus filed on January 5, 2022. As grounds therefor, he says:

1. On last Wednesday (March 16, 2022), Petitioner had a hearing on his "Petition for Post-Conviction Relief" before the Orleans Parish Criminal District Court.

2. The State District Judge refused to oppose the Louisiana Supreme Court's decision to deny Petitioner his freedom, relying on the

Louisiana Supreme Court's statement, "If the United States Supreme Court intended to vacate the convictions, it could have done so more plainly."[1]

3. Petitioner already addressed the error of the Louisiana Supreme Court in "Petitioner's Formal Objections to the Proposed Findings, Conclusions, and Recommendation In the Magistrate's Judge's 2/22/22 Report and Recommendation."  Petitioner also addressed the legal and factual basis for his freedom in his Supplemental Motion for Expedited Consideration of his Writ of Habeas Corpus.  Now, he references one more supportive fact for his freedom per Louisiana Statutory Law.

4. At the 3/16/22 Hearing on Petitioner's motion for post-conviction relief, the State's Attorney argued that Obstruction of Justice is a crime that can "stand on its own."  The Judge agreed and would not permit Petitioner's Counsel to speak further in opposition.  However, if Petitioner's counsel had been permitted to speak, he would have stated that no crime can "stand on its own" **without** a factual basis.

5. According to Louisiana Revised Statutes, Title 14: Criminal Law, La. Sec. 14:130 (A), the crime of Obstruction of Justice requires some

---

[1] This is additional proof of the futility of traveling a second time through the Louisiana

underlying crime under investigation of which there is interference with.

6. La. Sec. 14:130 (B) provides penalties for Obstruction of Justice *"When the obstruction of justice…."* This phrase is why Petitioner's freedom is constitutionally due.   To wit, since SCOTUS has found Petitioner's judgment unconstitutional due to non-unanimous verdicts on weapons charges, the entire statutory crime of Obstruction of Justice collapses upon its own definition.   There is nothing to hold Petitioner in prison for; there was no crime proven, and hence, there can be no obstruction of anything.

**WHEREFORE,** Jones respectfully requests that his Writ of Habeas Corpus be {i} granted immediately and {ii} Louisiana be Ordered to release him from prison immediately (within the hour of the Order).

*Respectfully submitted,*

| | |
|---|---|
| /s/ *Warren McKenna III* | /s/ *Rickey Nelson Jones* |
| Warren McKenna III | Rickey Nelson Jones |
| Warren McKenna III / Bar #:24553 | Law Offices of Reverend Rickey |
| The McKenna Firm, LLC | Nelson Jones, Esquire |
| 3201 General De Gaulle Drive | 3rd Floor – Suite 5 |
| Suite 201 | 1701 Madison Avenue |
| New Orleans, LA 70114 | Baltimore, Maryland 21217 |
| warren@mckennafirm.com | joneses003@gmail.com |
| 504-2084545 | 410-4672-5800 |

---

Appellate Process, something emphasized in Petitioner's Formal Objections to the Magistrate's Judge's 2/22/22 Report and Recommendation.

504-208-4535 (f)                                                    1-253-322-4549 (f)
Bar #:24553                                                         Bar #: MD12088

*Local Counsel*                                        *Pro Hac Vice & Lead Counsel*

## Certificate of Service

I hereby certify that a copy of this pleading has been filed with the Clerk of this court by using the CM/ECF System, which will send a notice of electronic filing to opposing counsel of record, this 23rd day of March, 2022.

*/s/ Warren McKenna III*                        */s/ Rickey Nelson Jones*
Warren McKenna III                              Rickey Nelson Jones
Warren McKenna III                              Law Offices of Reverend Rickey
The McKenna Firm, LLC                          Nelson Jones, Esquire
3201 General De Gaulle Drive                 3rd Floor – Suite 5
Suite 201                                                    1701 Madison Avenue
New Orleans, LA 70114                             Baltimore, Maryland 21217
warren@mckennafirm.com                        joneses003@gmail.com
504-2084545                                            410-4672-5800
504-208-4535 (f)                                          1-253-322-4549 (f)
Bar #:24553                                                         Bar #: MD12088

*Local Counsel*                                        *Pro Hac Vice & Lead Counsel*